**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 5, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00633-CV

---

**BEST BUY CO., INC., Appellant**

**V.**

**BURKS, KOLBIE, Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-05895**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed August 16, 2021. On March 25, 2022, the parties jointly filed a motion to: (1) dismiss the appeal, (2) set aside the trial court's judgment without regard to the merits, and (3) remand the case to trial court for further proceedings in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). The motion is granted as follows.

We set aside the trial court's judgments of default (dated January 31, 2021 and August 16, 2021) without regard to the merits, and remand the case to the trial court for further proceedings in accordance with the parties' agreement.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.